No. 421. McKAY v. FORT SHELBY HOTEL Co., DEBTOR, ET AL. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Burt D. Cady* for petitioner. No appearance for respondents.

No. 422. ROYAL INDEMNITY Co. v. UNITED STATES. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Graham Sumner* and *Robert H. O'Brien* for petitioner. *Solicitor General Jackson* and *Messrs. Robert K. McConnaughey* and *Vine H. Smith* for the United States.

No. 423. BORNN, DOING BUSINESS AS BORNN DISTILLING Co., v. UNITED STATES. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Redmond F. Kernan* for petitioner. *Solicitor General Jackson* and *Messrs. Robert K. McConnaughey* and *Vine H. Smith* for the United States.

No. 424. DENNIS ET AL. v. PITNER ET AL. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. William P. Bair* for petitioners. *Mr. Frank Parker Davis* for respondents.

No. 432. UNITED STATES v. ROSARIO, BENEFICIARY. November 6, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Solicitor General Jackson* for the United States. *Mr. Warren E. Miller* for respondent.